# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goldgar, A. Benjamin | Bankruptcy Court, N.D. Ill. | 04/22/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Suite 638
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust No. 1 |
| 2. | Director | Federal Bar Association -- Chicago Chapter |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. Fidelity Government Cash Reserves Money Market Fund | A | Dividend | K | T | Buy (add'l) | 02/14/20 | J | | |
| 2. | | | | | Sold (part) | 03/02/20 | J | | |
| 3. | | | | | Buy (add'l) | 07/20/20 | K | | |
| 4. IRA No. 1 (H) | | | | | | | | | |
| 5. - Fidelity Strategic Advisors Small-Mid Cap Fund | B | Dividend | K | T | Sold (part) | 01/23/20 | J | | |
| 6. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 7. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 8. | | | | | Sold (part) | 06/05/20 | J | | |
| 9. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 10. | | | | | Sold (part) | 10/23/20 | J | A | |
| 11. | | | | | Sold (part) | 12/17/20 | J | A | |
| 12. - Fidelity Strategic Advisors Value Fund | B | Dividend | | | Buy (add'l) | 03/06/20 | J | | |
| 13. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 14. | | | | | Merged (with line 15) | 11/20/20 | K | | |
| 15. - Fidelity Strategic Advisors Large Cap Fund | A | Dividend | M | T | Buy | 11/20/20 | M | | |
| 16. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 17. | | | | | Sold (part) | 12/17/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Strategic Advisors International Fund | B | Dividend | L | T | Buy (add'l) | 04/01/20 | J | | |
| 19. | | | | | Sold (part) | 06/05/20 | J | | |
| 20. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 21. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 22. - Fidelity Strategic Advisors Core Income Fund | D | Dividend | M | T | Buy (add'l) | 01/23/20 | J | | |
| 23. | | | | | Sold (part) | 03/06/20 | J | A | |
| 24. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 25. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 26. | | | | | Sold (part) | 04/01/20 | J | | |
| 27. | | | | | Sold (part) | 04/27/20 | J | A | |
| 28. | | | | | Sold (part) | 06/30/20 | J | A | |
| 29. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 30. | | | | | Sold (part) | 09/11/20 | J | A | |
| 31. | | | | | Sold (part) | 10/23/20 | J | A | |
| 32. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 33. - Fidelity Strategic Advisors Core Fund | C | Dividend | | | Sold (part) | 01/23/20 | J | A | |
| 34. | | | | | Buy (add'l) | 03/06/20 | J | | |

| 1 | Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 36. | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 37. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 41. | | | | | Sold<br>(part) | 08/20/20 | J | A | |
| 42. | | | | | Merged<br>(with line 15) | 11/20/20 | M | | |
| 43. - Fidelity Strategic Advisors Growth Fund | C | Dividend | | | Sold<br>(part) | 01/23/20 | J | A | |
| 44. | | | | | Sold<br>(part) | 04/16/20 | J | A | |
| 45. | | | | | Sold<br>(part) | 07/30/20 | J | A | |
| 46. | | | | | Sold<br>(part) | 08/20/20 | J | A | |
| 47. | | | | | Merged<br>(with line 15) | 11/20/20 | K | | |
| 48. - Fidelity Strategic Advisors Emerging<br>Markets | A | Dividend | K | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 10/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Fidelity Strategic Advisors Income Opportunity Fund | A | Dividend | K | T | Buy (add'l) | 04/27/20 | J | | |
| 53. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 54. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 55. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 56. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 57. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 58. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 59. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 60. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 61.   - FIMM Money Market Port Inst CL | A | Dividend | | | Buy (add'l) | 04/16/20 | J | | |
| 62. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 63. | | | | | Sold (part) | 06/05/20 | J | | |
| 64. | | | | | Sold (part) | 06/30/20 | J | | |
| 65. | | | | | Closed | 07/30/20 | J | | |
| 66.   - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | | | Buy (add'l) | 04/01/20 | J | | |
| 67. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 68. | | | | | Sold (part) | 06/30/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 07/30/20 | J | A | |
| 70. | | | | | Sold<br>(part) | 08/20/20 | J | A | |
| 71. | | | | | Sold | 09/11/20 | J | B | |
| 72.    - Fidelity SAI US Large Cap Index | | None | | | Sold<br>(part) | 01/23/20 | J | A | |
| 73. | | | | | Sold | 04/27/20 | J | B | |
| 74.    - Fidelity SAI International Index | | None | | | Sold<br>(part) | 04/01/20 | J | | |
| 75. | | | | | Sold | 06/30/20 | J | A | |
| 76.    - Fidelity SAI Emerging Markets Index | | None | | | Buy<br>(add'l) | 01/23/20 | J | | |
| 77. | | | | | Sold<br>(part) | 03/06/20 | J | | |
| 78. | | | | | Sold<br>(part) | 04/01/20 | J | | |
| 79. | | | | | Sold | 06/30/20 | J | A | |
| 80.    - AQR Managed Futures Fund CL N | A | Dividend | J | T | Sold<br>(part) | 11/24/20 | J | | |
| 81. | | | | | Sold<br>(part) | 12/17/20 | J | | |
| 82.    - Pimco Commodity Real Return Inst | A | Dividend | | | Sold | 03/23/20 | J | | |
| 83.    - Eaton Vance GL Macro Absolute Return<br>Advt A | A | Dividend | J | T | | | | | |
| 84.    - Cohen & Steers Realty Shares | A | Dividend | J | T | Buy | 06/05/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 87.  - Fidelity Government Cash Reserves | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 88. | | | | | Sold<br>(part) | 03/24/20 | J | | |
| 89. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 90. | | | | | Sold<br>(part) | 04/28/20 | J | | |
| 91. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 92. | | | | | Sold<br>(part) | 06/05/20 | J | | |
| 93. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 94. | | | | | Sold<br>(part) | 07/01/20 | J | | |
| 95. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 96. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 97. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 98. | | | | | Sold<br>(part) | 10/23/20 | J | | |
| 99.    IRA No. 2 (H) | | | | | | | | | |
| 100.  - Fidelity Strategic Advisors Small-Mid Cap Fund | A | Dividend | J | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 101.  - Fidelity Strategic Advisors International Fund | A | Dividend | K | T | Buy<br>(add'l) | 06/30/20 | J | | |
| 102.  - Fidelity Strategic Advisors Value Fund | A | Dividend | | | Merged<br>(with line 103) | 11/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fidelity Strategic Advisors Large Cap Fund | A | Dividend | L | T | Buy | 11/20/20 | L | | |
| 104. | | | | | Sold (part) | 12/17/20 | J | A | |
| 105. - Fidelity Strategic Advisors Core Fund | B | Dividend | | | Sold (part) | 01/23/20 | J | A | |
| 106. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 107. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 108. | | | | | Merged (with line 103) | 11/20/20 | K | | |
| 109. - Fidelity Strategic Advisors Growth Fund | B | Dividend | | | Merged (with line 103) | 11/20/20 | J | | |
| 110. - Fidelity Strategic Advisors Emerging Markets | A | Dividend | J | T | | | | | |
| 111. - Fidelity Strategic Advisors Core Income Fund | C | Dividend | L | T | Buy (add'l) | 01/23/20 | J | | |
| 112. | | | | | Sold (part) | 03/06/20 | J | A | |
| 113. | | | | | Sold (part) | 04/01/20 | J | | |
| 114. | | | | | Sold (part) | 04/27/20 | J | A | |
| 115. | | | | | Sold (part) | 06/30/20 | J | A | |
| 116. | | | | | Sold (part) | 09/11/20 | J | A | |
| 117. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 118. - Fidelity Strategic Advisors Income Opportunity Fund | A | Dividend | J | T | | | | | |
| 119. - FIMM Money Market Port Inst CL | A | Dividend | | | Buy (add'l) | 04/27/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 06/30/20 | J | | |
| 121. | | | | | Closed | 07/30/20 | J | | |
| 122.  - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 123. | | | | | Sold<br>(part) | 06/30/20 | J | A | |
| 124. | | | | | Sold<br>(part) | 07/30/20 | J | A | |
| 125. | | | | | Sold<br>(part) | 08/20/20 | J | A | |
| 126. | | | | | Sold | 09/11/20 | J | A | |
| 127.  - Fidelity SAI US Large Cap Index | | None | | | Sold<br>(part) | 01/23/20 | J | A | |
| 128. | | | | | Sold | 04/27/20 | J | A | |
| 129.  -Fidelity SAI Emerging Markets Index | | None | | | Sold | 06/30/20 | J | A | |
| 130.  - AQR Managed Futures Fund CL N (Y) | | | | | | | | | |
| 131.  - Pimco Commodity Real Return Inst | A | Dividend | | | Sold | 03/23/20 | J | | |
| 132.  - SAI International Index | | | | | Sold | 06/30/20 | J | A | |
| 133.  - Eaton Vance GL Macro Absolute Retn Advt A | A | Dividend | J | T | | | | | |
| 134.  - Cohen & Steers Realty Shares | A | Dividend | J | T | Buy | 06/05/20 | J | | |
| 135.  - Fidelity Government Cash Reserves | A | Dividend | J | T | Buy | 03/23/20 | J | | |
| 136. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/05/20 | J | | |
| 138. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 139. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 140. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 141. IRA No. 3 (H) | | | | | | | | | |
| 142. - Fidelity Strategic Advisors Small-Mid Cap Fund | C | Dividend | L | T | Sold (part) | 01/23/20 | J | | |
| 143. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 144. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 145. | | | | | Sold (part) | 04/27/20 | J | | |
| 146. | | | | | Sold (part) | 06/05/20 | J | | |
| 147. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 148. | | | | | Sold (part) | 07/30/20 | J | | |
| 149. | | | | | Sold (part) | 08/20/20 | J | | |
| 150. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 151. | | | | | Sold (part) | 10/23/20 | J | A | |
| 152. | | | | | Sold (part) | 11/24/20 | J | A | |
| 153. | | | | | Sold (part) | 12/17/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. - Fidelity Strategic Advisors International Fund | C | Dividend | M | T | Buy (add'l) | 04/01/20 | J | | |
| 155. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 156. | | | | | Sold (part) | 06/05/20 | J | | |
| 157. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 158. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 159. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 160. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 161. | | | | | Sold (part) | 11/24/20 | J | A | |
| 162. | | | | | Sold (part) | 12/17/20 | J | A | |
| 163. - Fidelity Strategic Advisors Value Fund | D | Dividend | | | Buy (add'l) | 03/06/20 | J | | |
| 164. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 165. | | | | | Sold (part) | 04/27/20 | J | | |
| 166. | | | | | Sold (part) | 07/30/20 | J | | |
| 167. | | | | | Merged (with line 168) | 11/20/20 | L | | |
| 168. - Fidelity Strategic Advisors Large Cap Fund | B | Dividend | N | T | Buy | 11/20/20 | N | | |
| 169. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 170. | | | | | Sold (part) | 12/17/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.   - Fidelity Strategic Advisors Core Fund | D | Dividend | | | Sold<br>(part) | 01/23/20 | J | A | |
| 172. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 173. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 174. | | | | | Sold<br>(part) | 04/16/20 | J | | |
| 175. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 176. | | | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 177. | | | | | Sold<br>(part) | 06/05/20 | J | A | |
| 178. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 179. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 180. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 181. | | | | | Sold<br>(part) | 08/20/20 | J | A | |
| 182. | | | | | Sold<br>(part) | 09/11/20 | J | A | |
| 183. | | | | | Sold<br>(part) | 10/23/20 | J | A | |
| 184. | | | | | Merged<br>(with line 168) | 11/20/20 | N | | |
| 185.   - Fidelity Strategic Advisors Growth Fund | D | Dividend | | | Sold<br>(part) | 01/23/20 | J | A | |
| 186. | | | | | Sold<br>(part) | 04/16/20 | J | A | |
| 187. | | | | | Sold<br>(part) | 04/27/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 07/30/20 | J | B | |
| 189. | | | | | Sold (part) | 08/20/20 | J | B | |
| 190. | | | | | Sold (part) | 09/11/20 | J | A | |
| 191. | | | | | Sold (part) | 10/23/20 | J | A | |
| 192. | | | | | Merged (with line 168) | 11/20/20 | L | | |
| 193. - Fidelity Strategic Advisors Emerging Markets | A | Dividend | L | T | Buy (add'l) | 03/06/20 | J | | |
| 194. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 195. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 196. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 197. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 198. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 199. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 200. | | | | | Sold (part) | 12/17/20 | J | A | |
| 201. - Fidelity Strategic Advisors Income Opportunity Fund | B | Dividend | K | T | Buy (add'l) | 04/27/20 | J | | |
| 202. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 203. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 204. | | | | | Buy (add'l) | 07/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 206. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 207. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 208. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 209. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 210. - Fidelity Strategic Advisors Core Income Fund | E | Dividend | N | T | Buy (add'l) | 01/23/20 | K | | |
| 211. | | | | | Sold (part) | 03/06/20 | K | A | |
| 212. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 213. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 214. | | | | | Sold (part) | 04/01/20 | K | | |
| 215. | | | | | Sold (part) | 04/27/20 | K | A | |
| 216. | | | | | Sold (part) | 06/30/20 | J | A | |
| 217. | | | | | Sold (part) | 07/30/20 | J | A | |
| 218. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 219. | | | | | Sold (part) | 09/11/20 | J | A | |
| 220. | | | | | Sold (part) | 10/23/20 | J | A | |
| 221. | | | | | Buy (add'l) | 12/17/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.   - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | | | Buy (add'l) | 04/01/20 | J | | |
| 223. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 224. | | | | | Sold (part) | 06/30/20 | J | A | |
| 225. | | | | | Sold (part) | 07/30/20 | J | A | |
| 226. | | | | | Sold (part) | 08/20/20 | J | A | |
| 227. | | | | | Sold | 09/11/20 | J | C | |
| 228.   - Fidelity SAI US Large Cap Index | | None | | | Sold (part) | 01/23/20 | J | B | |
| 229. | | | | | Sold | 04/27/20 | J | C | |
| 230.   - Fidelity SAI Emerging Markets Index | | None | | | Buy (add'l) | 02/23/20 | J | | |
| 231. | | | | | Sold (part) | 03/06/20 | J | | |
| 232. | | | | | Sold (part) | 04/01/20 | J | | |
| 233. | | | | | Sold | 06/30/20 | J | B | |
| 234.   - AQR Managed Futures Fund CL N | A | Dividend | J | T | Sold (part) | 04/27/20 | J | | |
| 235. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 236. | | | | | Sold (part) | 09/11/20 | J | | |
| 237. | | | | | Sold (part) | 11/24/20 | J | | |
| 238. | | | | | Sold (part) | 12/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - Pimco Commodity Real Return Inst | A | Dividend | | | Sold | 03/23/20 | J | | |
| 240.  - FIMM Government Portfolio: Instl Cl | A | Dividend | | | Sold (part) | 02/24/20 | J | | |
| 241. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 242. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 243. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 244. | | | | | Sold (part) | 05/18/20 | J | | |
| 245. | | | | | Sold (part) | 06/30/20 | J | | |
| 246. | | | | | Closed | 07/30/20 | J | | |
| 247.  - Fidelity SAI Int'l Index | | None | | | Sold (part) | 04/01/20 | J | | |
| 248. | | | | | Sold | 06/30/20 | J | A | |
| 249.  - Eaton Vance GL Macro Absolute Return Advt A | A | Dividend | J | T | | | | | |
| 250.  - Cohen & Steers Realty Shares | A | Dividend | K | T | Buy | 06/05/20 | J | | |
| 251. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 252. | | | | | Buy (add'l) | 07/30/20 | J | | |
| 253. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 254.  - Fidelity Government Cash Reserves | A | Dividend | K | T | Buy | 03/23/20 | J | | |
| 255. | | | | | Sold (part) | 03/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 257. | | | | | Sold<br>(part) | 04/28/20 | J | | |
| 258. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 259. | | | | | Sold<br>(part) | 06/05/20 | J | | |
| 260. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 261. | | | | | Sold<br>(part) | 07/01/20 | J | | |
| 262. | | | | | Buy<br>(add'l) | 07/30/20 | J | | |
| 263. | | | | | Buy<br>(add'l) | 08/20/20 | J | | |
| 264. | | | | | Sold<br>(part) | 08/21/20 | J | | |
| 265. | | | | | Buy<br>(add'l) | 09/11/20 | J | | |
| 266. | | | | | Sold<br>(part) | 10/23/20 | J | | |
| 267. | | | | | Sold<br>(part) | 11/13/20 | J | | |
| 268. | | | | | Sold<br>(part) | 11/24/20 | J | | |
| 269.  IRA No. 5 (H) | | | | | | | | | |
| 270.  - Fidelity Total Bond (see note) | D | Dividend | M | T | Buy<br>(add'l) | 06/16/20 | L | | |
| 271. | | | | | Closed | 08/25/20 | K | | |
| 272. | | | | | Closed | 10/13/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Fidelity LT Treasury Bond Index Fund | A | Dividend | | | Sold | 06/26/20 | L | E | |
| 274.  - Fidelity Government MM | A | Dividend | | | Sold | 10/14/20 | J | | |
| 275.  Roth IRA (H) | | | | | | | | | |
| 276.  - Fidelity Total Bond | A | Dividend | | | Open | 08/25/20 | K | | |
| 277. | | | | | Sold | 08/26/20 | K | B | |
| 278. | | | | | Open | 10/13/20 | L | | |
| 279. | | | | | Sold (part) | 10/14/20 | K | B | |
| 280. | | | | | Sold | 11/18/20 | K | B | |
| 281.  - Fidelity Blue Chip Growth | C | Dividend | L | T | Buy | 08/26/20 | K | | |
| 282. | | | | | Buy (add'l) | 10/14/20 | K | | |
| 283. | | | | | Buy (add'l) | 11/18/20 | K | | |
| 284.  - Fidelity Government Money Market | | None | J | T | Buy | 10/14/20 | J | | |
| 285.  401(k) (H) | | | | | | | | | |
| 286.  - Vanguard Institutional Index Fund Plus | A | Dividend | | | Sold | 09/01/20 | L | | |
| 287.  - U.S. Large Company Stocks Fund | A | Dividend | L | T | Buy | 09/01/20 | L | | |
| 288.  Adirondack Trust Co. stock | D | Dividend | | | Sold (part) | 02/03/20 | K | D | |
| 289. | | | | | Sold (part) | 04/29/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 09/10/20 | J | A | |
| 291. | | | | | Sold | 09/30/20 | M | F | |
| 292. Bank of America Growth Money Market Savings | A | Interest | J | T | | | | | |
| 293. Deferred Annuity (H) | | | | | | | | | |
| 294. - Fidelity VIP Investment Grade Bond Fund | | None | N | T | | | | | |
| 295. - Fidelity VIP Strategic Income Fund | | None | M | T | | | | | |
| 296. IRA No. 4 (H) | | | | | | | | | |
| 297. - Vanguard Total Bond Market Index Fund | E | Dividend | P1 | T | Buy (add'l) | 06/08/20 | L | | |
| 298. | | | | | Buy (add'l) | 07/07/20 | K | | |
| 299. | | | | | Buy (add'l) | 07/07/20 | L | | |
| 300. - Vanguard Total International Stock Index Fund | C | Dividend | M | T | Sold (part) | 07/07/20 | K | | |
| 301. - Vanguard Total Stock Market Index Fund | E | Dividend | P1 | T | Sold (part) | 06/08/20 | L | | |
| 302. | | | | | Sold (part) | 07/07/20 | L | | |
| 303. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 304. - Vanguard Target Retirement 2020 | A | Dividend | J | T | | | | | |
| 305. Family Trust No. 1 (H) | | | | | | | | | |
| 306. - Fidelity Advisor Growth Opp CL 1 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.   - Fidelity Diversified International | A | Dividend | K | T | | | | | |
| 308.   - Fidelity International Cap Appreciation Fund | A | Dividend | J | T | | | | | |
| 309.   - Causeway International Value Investor | | None | | | Sold (part) | 02/14/20 | J | A | |
| 310. | | | | | Sold | 03/16/20 | J | A | |
| 311.   - Harbor Capital Appreciation Adm CL | A | Dividend | J | T | Sold (part) | 12/09/20 | J | D | |
| 312.   - Oakmark Fund Investor CL | A | Dividend | K | T | | | | | |
| 313.   - Oakmark International Investor CL 1 | A | Dividend | J | T | Sold (part) | 03/16/20 | J | | |
| 314. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 315. | | | | | Buy (add'l) | 08/10/20 | J | | |
| 316. | | | | | Sold (part) | 10/20/20 | J | A | |
| 317.   - Hotchkiss & Wiley Midcap Value CL A | A | Dividend | J | T | | | | | |
| 318.   - Janus Henderson Enterprise T | B | Dividend | K | T | | | | | |
| 319.   - Lazard Emerging Markets Equity Open CL Shares | A | Dividend | K | T | | | | | |
| 320.   - MFS International Intrinsic Value CL A | A | Dividend | J | T | | | | | |
| 321.   - MFS International Diversification FD A | A | Dividend | K | T | | | | | |
| 322.   - Invesco Oppenheimer Developing Markets R6 | A | Dividend | J | T | | | | | |
| 323.   - T Rowe Price International Discovery Fund 1 CL | | None | | | Sold | 03/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  - T Rowe Price Overseas Stock 1 CL | A | Dividend | J | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 325. | | | | | Sold<br>(part) | 04/16/20 | J | A | |
| 326. | | | | | Sold<br>(part) | 05/20/20 | J | A | |
| 327.  - T Rowe Price Emerging Markets Stock<br>Fund 1 | | None | | | Sold | 02/14/20 | J | A | |
| 328.  - T Rowe Price International Stk 1 (Y) | | | | | | | | | |
| 329.  - Fidelity Municipal Income | B | Dividend | K | T | | | | | |
| 330.  - Fidelity Tax-free Bond | A | Dividend | K | T | | | | | |
| 331.  - Strategic Adv Tax Sensitive Short<br>Duration | A | Dividend | L | T | Sold<br>(part) | 02/14/20 | J | A | |
| 332. | | | | | Sold<br>(part) | 03/16/20 | J | | |
| 333. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 334. | | | | | Buy<br>(add'l) | 04/16/20 | J | | |
| 335. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 336. | | | | | Sold<br>(part) | 06/26/20 | J | A | |
| 337. | | | | | Buy<br>(add'l) | 10/20/20 | K | | |
| 338. | | | | | Buy<br>(add'l) | 12/09/20 | J | | |
| 339.  - Western Asset Managed Muni CL A | B | Dividend | K | T | Sold<br>(part) | 03/16/20 | K | | |
| 340. | | | | | Sold<br>(part) | 03/18/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Vanguard Long Term Tax Exempt Admiral | A | Dividend | K | T | Sold (part) | 03/16/20 | J | | |
| 342. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 343. | | | | | Buy (add'l) | 05/20/20 | K | | |
| 344. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 345. - DWS Managed Muni Bond FD S | A | Dividend | J | T | Sold (part) | 06/26/20 | J | A | |
| 346. - T Rowe Price Tax Free High Yield Adv | B | Dividend | K | T | Sold (part) | 03/16/20 | J | | |
| 347. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 348. - T Rowe Price Tax Free Income Adv CL | B | Dividend | L | T | | | | | |
| 349. - Fidelity Govt Cash Reserves | A | Dividend | K | T | | | | | |
| 350. - IShares S&P 100 ETF | A | Dividend | K | T | | | | | |
| 351. - IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 352. - IShares Russell 1000 Value ETF | A | Dividend | J | T | Buy (add'l) | 03/17/20 | K | | |
| 353. | | | | | Sold (part) | 04/17/20 | K | A | |
| 354. | | | | | Sold (part) | 05/21/20 | J | A | |
| 355. | | | | | Sold (part) | 12/10/20 | J | A | |
| 356. - IShares Russell 1000 Growth ETF | A | Dividend | L | T | | | | | |
| 357. - IShares Russell 1000 ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  - IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 359.  - IShares S&P Small Cap 600 Value | A | Dividend | | | Sold | 04/17/20 | J | A | |
| 360.  - IShares Inc Core MSCI Emerging Markets | | None | | | Sold | 03/19/20 | J | | |
| 361.  - Vanguard Index FDS Vanguard Value | B | Dividend | K | T | | | | | |
| 362.  - Mainstay Mackay Tax Free Bond Class A (see note) | A | Dividend | K | T | Buy (add'l) | 04/16/20 | J | | |
| 363.  - Flexshares Trust Morningstar Global Upstream NAT RES IDX | | None | | | Sold (part) | 01/08/20 | J | A | |
| 364. | | | | | Sold | 02/18/20 | J | A | |
| 365.  - IShares TR US Treas Bd ETF (Y) | | | | | | | | | |
| 366.  - Causeway Emerging Markets FD INV CL | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 367.  - Dimensional Emerging Markets Val PRTF Instl | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 368. | | | | | Sold (part) | 05/20/20 | J | A | |
| 369.  -DFA Emerging Markets Portfolio | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 370.  - Transamerica International Equity CL 1 | A | Dividend | J | T | Buy | 03/16/20 | J | | |
| 371. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 372. | | | | | Sold (part) | 10/20/20 | J | A | |
| 373.  - Invesco Exch Traded FD TR 11 FTSE RAF1 | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 374.  - IShares Trust S&P Midcap | A | Dividend | J | T | Buy | 06/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 376. | | | | | Sold (part) | 09/11/20 | J | | |
| 377.  - IShares Core S&P Small-Cap E | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 378. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 379. | | | | | Sold (part) | 10/21/20 | J | A | |
| 380.  - Vanguard Real Estate ETF | A | Dividend | J | T | Buy | 06/10/20 | J | | |
| 381. | | | | | Sold (part) | 08/11/20 | J | | |
| 382. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 383. | | | | | Sold (part) | 10/21/20 | J | | |
| 384.  - Aberdeen Emerging Markets FD Instl SV CL | | None | | | Buy | 03/16/20 | J | | |
| 385. | | | | | Sold | 04/16/20 | J | | |
| 386.  - Goldman Sachs Emerging Markets EQ Instl CL | | None | | | Buy | 03/16/20 | J | | |
| 387. | | | | | Sold | 04/16/20 | J | | |
| 388.  - IShares TIPS Bond ETF | A | Dividend | | | Buy | 03/19/20 | J | | |
| 389. | | | | | Sold (part) | 05/21/20 | J | A | |
| 390. | | | | | Sold (part) | 06/10/20 | J | A | |
| 391. | | | | | Sold | 06/29/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392.   - IShares TR Barclays 7 10 YR | A | Dividend | | | Buy | 01/08/20 | J | | |
| 393. | | | | | Sold | 06/10/20 | J | A | |
| 394.   - IShares US Real Estate ETF | | None | | | Buy | 08/11/20 | J | | |
| 395. | | | | | Sold | 09/24/20 | J | | |
| 396.   - MFS Municipal Income Class A | A | Dividend | | | Buy | 08/10/20 | J | | |
| 397. | | | | | Sold<br>(part) | 09/23/20 | J | | |
| 398. | | | | | Sold | 10/20/20 | J | | |
| 399.   Family Trust No. 2 (H) | | | | | | | | | |
| 400.   - Fidelity Diversified International | A | Dividend | J | T | | | | | |
| 401.   - Fidelity International Cap Appreciation<br>Fund | A | Dividend | J | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 402. | | | | | Sold<br>(part) | 04/20/20 | J | A | |
| 403.   - Causeway International Value Investor | | None | | | Sold | 03/18/20 | J | | |
| 404.   - Harbor Capital Appreciation Adm CL | | None | | | Sold<br>(part) | 09/04/20 | J | B | |
| 405. | | | | | Sold<br>(part) | 11/13/20 | J | C | |
| 406. | | | | | Sold | 12/16/20 | J | A | |
| 407.   - Oakmark Fund Investor Class | A | Dividend | K | T | | | | | |
| 408.   - Hotchkiss & Wiley Midcap Value CL A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. - Janus Henderson Enterprise T | A | Dividend | J | T | | | | | |
| 410. - Lazard Emerging Markets Equity Open CL Shares | A | Dividend | J | T | Sold (part) | 07/17/20 | J | A | |
| 411. - MFS International Intrinsic Value CL A | A | Dividend | J | T | | | | | |
| 412. - MFS International Diversification FD A | A | Dividend | J | T | | | | | |
| 413. - T Rowe Price New Era | | None | | | Sold | 01/10/20 | J | A | |
| 414. - T Rowe Price International Stk 1 | A | Dividend | J | T | Buy (add'l) | 03/16/20 | J | | |
| 415. | | | | | Sold (part) | 07/17/20 | J | A | |
| 416. - Fidelity Municipal Income | A | Dividend | J | T | | | | | |
| 417. - Fidelity Tax-free Bond | A | Dividend | K | T | | | | | |
| 418. - Strategic Adv Tax Sensitive Short Duration | A | Dividend | K | T | Sold (part) | 02/14/20 | J | A | |
| 419. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 420. | | | | | Sold (part) | 06/26/20 | J | A | |
| 421. | | | | | Sold (part) | 07/17/20 | J | A | |
| 422. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 423. | | | | | Sold (part) | 09/23/20 | J | A | |
| 424. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 425. | | | | | Buy (add'l) | 11/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 427.   - Blackrock National Muni Fund CL A | A | Dividend | J | T | Sold (part) | 03/05/20 | J | A | |
| 428. | | | | | Sold (part) | 03/18/20 | J | | |
| 429.   - Mainstay Mackay High Yield Muni Bd CL A | A | Dividend | | | Sold (part) | 03/16/20 | J | A | |
| 430. | | | | | Sold | 05/20/20 | J | | |
| 431.   - Wells Fargo Muni Bond FD Admin CL | | None | J | T | Sold (part) | 09/23/20 | J | A | |
| 432. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 433.   - DWS Managed Muni Bond FD S | A | Dividend | J | T | Sold (part) | 03/16/20 | J | | |
| 434. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 435. | | | | | Sold (part) | 06/26/20 | J | A | |
| 436.   - Franklin Federal Tax Free Class A (see note) | | None | | | Closed | 04/08/20 | K | | |
| 437.   - Franklin Federal Tax Free Income ADV (see note) | A | Dividend | K | T | Open | 04/08/20 | K | | |
| 438.   - T Rowe Price Tax Free High Yield Adv | A | Dividend | J | T | Sold (part) | 03/18/20 | J | | |
| 439. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 440. | | | | | Sold (part) | 07/17/20 | J | A | |
| 441. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 442. | | | | | Sold (part) | 10/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 11/03/20 | J | A | |
| 444. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 445.  - T Rowe Price Tax Free Income Adv CL | | None | K | T | | | | | |
| 446.  - Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |
| 447.  IShares S&P 100 ETF | A | Dividend | K | T | | | | | |
| 448.  - IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 449.  - IShares Russell 1000 Growth ETF | A | Dividend | K | T | Sold (part) | 07/20/20 | J | C | |
| 450.  - IShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 451.  - IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 452.  - IShares S&P Small Cap 600 Value | A | Dividend | | | Sold | 04/21/20 | J | A | |
| 453.  - IShares Trust Core MSCI EAFE ETF | | None | | | Sold | 02/18/20 | J | A | |
| 454.  - IShares Inc Core MSCI Emerging Markets | | None | | | Sold | 03/19/20 | J | | |
| 455.  - Sector Spdr Tr Shares Ben Int Financial | A | Dividend | | | Sold | 05/21/20 | J | A | |
| 456.  - Vanguard Index FDS Vanguard Value | A | Dividend | K | T | Buy (add'l) | 03/17/20 | J | | |
| 457. | | | | | Sold (part) | 04/21/20 | J | A | |
| 458. | | | | | Sold (part) | 07/20/20 | J | A | |
| 459.  - Mainstay Mackay Tax Free Bond Class A | | None | J | T | Buy (add'l) | 04/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Sold<br>(part) | 07/17/20 | J | A | |
| 461. | | | | | Sold<br>(part) | 11/03/20 | J | A | |
| 462.  - IShares TR US Treas Bd ETF | A | Dividend | | | Buy<br>(add'l) | 01/13/20 | J | | |
| 463. | | | | | Buy<br>(add'l) | 02/18/20 | J | | |
| 464. | | | | | Sold<br>(part) | 03/06/20 | J | A | |
| 465. | | | | | Buy<br>(add'l) | 04/21/20 | J | | |
| 466. | | | | | Sold<br>(part) | 05/21/20 | J | | |
| 467. | | | | | Sold<br>(part) | 06/10/20 | J | A | |
| 468. | | | | | Sold | 07/20/20 | J | A | |
| 469.  - Fidelity Advisor Focused Emerging Markets Z | A | Dividend | J | T | Buy | 08/06/20 | J | | |
| 470. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 471.  - Aberdeen Emerging Markets FD Instl SV CL | | None | | | Buy | 03/16/20 | J | | |
| 472. | | | | | Sold | 04/20/20 | J | | |
| 473.  - Acadian Emerging Markets Port Investor | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 474.  - DFA Emerging Markets Portfolio | A | Dividend | J | T | Buy | 11/03/20 | J | | |
| 475.  - Transamerica Int'l Equity CL 1 | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 476. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 07/17/20 | J | | |
| 478.  - IShares Core S&P Small-Cap E | A | Dividend | J | T | Buy | 06/29/20 | J | | |
| 479. | | | | | Sold (part) | 07/20/20 | J | A | |
| 480. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 481. | | | | | Sold (part) | 10/21/20 | J | A | |
| 482. | | | | | Sold (part) | 11/16/20 | J | A | |
| 483.  - IShares TR EAFE Small Cap ETF | A | Dividend | J | T | Buy | 08/07/20 | J | | |
| 484.  - Causeway Emerging Markets FD INV CL | | None | | | Buy | 08/06/20 | J | | |
| 485. | | | | | Sold (part) | 09/23/20 | J | | |
| 486. | | | | | Sold | 11/13/20 | J | A | |
| 487.  - Dimensional Emerging Markets Value PRTF I Instl | | None | | | Buy | 03/16/20 | J | | |
| 488. | | | | | Sold | 05/20/20 | J | A | |
| 489.  - Delaware Tax Free USA Class A | | None | | | Buy | 06/09/20 | J | | |
| 490. | | | | | Sold | 07/17/20 | J | A | |
| 491.  - Harbor International Inst | | None | | | Buy | 06/09/20 | J | | |
| 492. | | | | | Sold | 07/17/20 | J | | |
| 493.  - Oakmark Intl Investor CL | A | Dividend | J | T | Buy | 06/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 495. | | | | | Sold (part) | 10/20/20 | J | A | |
| 496.  - Invesco Exch Traded FD TR 11 FTSE RAFI | A | Dividend | | | Buy | 06/10/20 | J | | |
| 497. | | | | | Sold | 07/20/20 | J | | |
| 498.  - IShares TIPS Bond ETF | A | Dividend | | | Buy | 03/19/20 | J | | |
| 499. | | | | | Sold (part) | 06/10/20 | J | A | |
| 500. | | | | | Sold | 06/29/20 | J | A | |
| 501.  - IShares Russell Midcap Value ETF | A | Dividend | | | Buy | 03/17/20 | J | | |
| 502. | | | | | Sold | 04/21/20 | J | A | |
| 503.  - IShares S&P Midcap 400 | | None | | | Buy | 06/29/20 | J | | |
| 504. | | | | | Sold | 07/20/20 | J | A | |
| 505.  - IShares US Real Estate ETF | A | Dividend | J | T | Buy | 07/20/20 | J | | |
| 506. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 507. | | | | | Sold (part) | 09/08/20 | J | A | |
| 508. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 509. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 510.  - MFS Municipal Income Class A | A | Dividend | | | Buy | 06/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 512. | | | | | Sold (part) | 10/20/20 | J | | |
| 513. | | | | | Sold | 11/03/20 | J | A | |
| 514.  - T. Rowe Price Emerging Markets Stock Fund 1 | | None | | | Buy | 03/16/20 | J | | |
| 515. | | | | | Sold | 04/20/20 | J | | |
| 516.  - Vanguard Real Estate ETF | A | Dividend | | | Buy | 06/10/20 | J | | |
| 517. | | | | | Sold | 07/20/20 | J | | |
| 518.  Family Trust No. 3 (H) | | | | | | | | | |
| 519.  - Fidelity Government Money Market | A | Dividend | J | T | Buy | 08/10/20 | K | | |
| 520. | | | | | Sold (part) | 08/25/20 | K | | |
| 521. | | | | | Buy (add'l) | 10/01/20 | M | | |
| 522. | | | | | Sold (part) | 10/15/20 | M | | |
| 523.  - Fidelity Disruptors Fund | | None | | | Buy | 08/26/20 | K | | |
| 524. | | | | | Sold | 10/14/20 | K | B | |
| 525.  - IShares Select Dividend ETF | B | Dividend | M | T | Buy | 08/27/20 | K | | |
| 526. | | | | | Buy (add'l) | 10/15/20 | M | | |
| 527. | | | | | Buy (add'l) | 10/16/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528.  - Fidelity High Dividend ETF | B | Dividend | M | T | Buy<br>(add'l) | 10/15/20 | M | | |
| 529.  Inherited IRA No. 1 (H) | | | | | | | | | |
| 530.  - T. Rowe Price Dividend Growth | B | Dividend | K | T | Redeemed<br>(part) | 12/01/20 | J | | |
| 531.  - T. Rowe Price Spectrum Income | A | Dividend | K | T | Redeemed<br>(part) | 12/01/20 | J | | |
| 532.  Inherited IRA No. 2 (H) | | | | | | | | | |
| 533.  - TIAA Traditional (see note) | C | Interest | L | T | Sold<br>(part) | 02/19/20 | J | | |
| 534. | | | | | Sold<br>(part) | 08/19/20 | J | | |
| 535.  - CREF Stock (see note) | | | N | T | Sold<br>(part) | 02/19/20 | J | | |
| 536. | | | | | Sold<br>(part) | 08/19/20 | J | | |
| 537.  - CREF Global Equities (see note) | | | L | T | Sold<br>(part) | 02/19/20 | J | | |
| 538. | | | | | Sold<br>(part) | 08/19/20 | J | | |
| 539.  - TIAA Real Estate (see note) | | | K | T | Sold<br>(part) | 02/19/20 | J | | |
| 540. | | | | | Sold<br>(part) | 08/19/20 | J | | |
| 541.  - CREF Bond Market (see note) | | | K | T | Sold<br>(part) | 02/19/20 | J | | |
| 542. | | | | | Sold<br>(part) | 08/19/20 | J | | |
| 543.  - CREF Inflation Linked Bond (see note) | | | K | T | | | | | |
| 544.  Bank of America checking (cash equivalent) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldgar, A. Benjamin** | 04/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | | B | | | C | | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | Income during reporting period | | | Gross value at end of reporting period | | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | Bank of America checking (cash equivalent) (4) | A | Interest | | J | T | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 270-72.  On the dates shown in lines 271 and 272, portions of this account were converted from a traditional IRA to a Roth IRA.  I have selected "Closed" only because there is no "Converted" or "Exchanged" option that would accurately describe the transactions.  After the conversion, some funds remained in this investment; the account was not literally closed.  The resulting Roth IRA appears on Lines 275ff.

Lines 436-37.  According to the Fidelity statement, on the date shown the account on Line 436 was "converted" to the account on Line 437.  I selected "Closed" for the account on Line 436 and "Open" for the account on Line 437 because there is no "Converted" option.

Lines 533-43.  This is an inherited IRA.  Except for line 533, Column B is not completed because it cannot be.  The TIAA-CREF statements disclose no information about income (other than for the "TIAA Traditional" fund), and TIAA-CREF personnel have told me that the information is unavailable because the investments are "annuity-based."  Similarly, information about gain or loss from "sales" (the distributions I am required to take) is not reported in Column D for any portion of the IRA because TIAA-CREF personnel have told me that information about gains or losses is unavailable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. Benjamin Goldgar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544